**FORM 8. Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Synbias Pharma  v. Solux Corporation

No. 13-1672

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [ ] As counsel for:  Solux Corporation
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard E. McCarthy, Esq. |
| Law firm: | Solomon Ward Seidenwurm & Smith, LLP |
| Address: | 401 B Street, Suite 1200 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | (619) 231-0303 |
| Fax #: | (619) 231-4755 |
| E-mail address: | pblanton@swsslaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| October 8, 2013 | /s/Richard E. McCarthy |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  10/8/13
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Richard E. McCarthy | /s/Richard E. McCarthy |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Solomon Ward Seidenwurm & Smith, LLP

Address: 401 B Street, Suite 1200

City, State, ZIP: San Diego, CA 92101

Telephone Number: (619) 231-0303

FAX Number: (619) 231-4755

E-mail Address: rmccarthy@swsslaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.



*Synbias Pharma v. Solux Corporation*
No. 13-1672
Service List

James Sakaguchi, Esq.
Vista IP Law Group LLP
2040 Main St Ste 710
Irvine, CA 92614
Tel:  (949) 724-1849
Fax:  (949) 625-8955
jks@viplawgroup.com

Co-Counsel for Appellant
SOLUX CORPORATION


David Aveni, Esq.
Foley & Lardner LLP
402 W. Broadway, Suite 2100
San Diego, CA 92101
Tel:   (619) 234-6655
Fax:   (619) 234-3510

Tel: (619) 685-6443
Fax: (619) 234-3510

daveni@foley.com

Attorneys for Appellee
SYNBIAS PHARMA